JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA  94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: jfinkel@glattys.com

Attorneys for Movants David S. Kerwin, Jr., M.D. and
  Riverbank Primary Care Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:  G.J. Subpoena Nos. 2007-A-11-05 and 2007A-11-06 | Misc. No. S-07-063 EJG  **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO QUASH OR MODIFY GRAND JURY SUBPOENAS**  **Date:**  July 13, 2007  **Time:**  10:00 a.m.  **Judge:** Honorable Edward J. Garcia |

Pursuant to Local Rule 83-143 the parties hereto present the following Stipulation and Order to the Court for its review and approval, should the briefing schedule contained herein be satisfactory and agreeable to the Court:

Movants David S. Kerwin, Jr., M.D. and Riverbank Primary Care Medical Center on the one hand and The United States of America on the other hand, through their respective counsel, hereby stipulate to the following briefing schedule concerning movants' Motion to Quash or Modify the Grand Jury subpoenas for documents or objects served by the Government as follows:

1. The Motion to Quash or Modify the subpoenas will be filed on June 28, 2007.

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

G.J.# 2007A-11-05 & # 2007A-11-06:  STIPULATION REGARDING MODIFIED BRIEFING SCHEDULE FOR MOTION TO QUASH OR MODIFY GRAND JURY SUBPOENAS

360-8068/JEF/329620.doc

2. The Government's Opposition will be filed on July 5, 2007.

3. The Reply will be filed on July 9, 2007.

4. The Hearing on the Motion to Quash or Modify the subpoenas will be heard on July 13, 2007 at 10:00 a.m. in Courtroom 8.

Movants agree to produce the records sought in the subject subpoenas on July 16, 2007, should the motion be denied.

The hearing date has been approved by the Court's courtroom Deputy Clerk.

**IT IS SO STIPULATED.**

Dated:  June 27, 2007

U.S. ATTORNEY'S OFFICE

By: */s/ Anne E. Pings*
    ANNE E. PINGS, ESQ.
    Attorneys for United States of America

Dated:  June 27, 2007

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: */s/ Joseph E. Finkel*
    JOSEPH E. FINKEL, ESQ.
    Attorneys for Movants David S. Kerwin, Jr., M.D. and Riverbank Primary Care Medical Center

**IT IS SO ORDERED.**

Dated:   June 29, 2007

/s/ Edward J. Garcia
The Honorable Edward J. Garcia
U.S. District Court Judge

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

2

G.J.# 2007A-11-05 & # 2007A-11-06:  STIPULATION REGARDING MODIFIED BRIEFING
SCHEDULE FOR MOTION TO QUASH OR MODIFY GRAND JURY SUBPOENAS

360-8068/JEF/329620.doc

**PROOF OF SERVICE**

I declare under penalty of perjury that:

I am a citizen of the United States and am employed in the County of Contra Costa. I am over the age of eighteen years and not a party to the within action. My business address is 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596-4183.

On the date set forth below, I caused the attached **STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO QUASH OR MODIFY GRAND JURY SUBPOENAS** to be served on the parties to this action as follows:

**[ x ]  BY MAIL.**

I placed a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California, addressed to the parties as set forth on the attached service list. C.C.P. §§1013(a), 2015.5.

**[ _ ]  BY COURIER SERVICE.**

I retained CCX Couriers, Inc. of Walnut Creek, California, to personally serve a true copy thereof on the parties as set forth on the attached service list. C.C.P. §§1011, 2015.5.

**[ _ ]  BY UNITED PARCEL SERVICE.**

I retained **UNITED PARCEL SERVICE** to serve by overnight delivery a true copy thereof on the parties as set forth on the attached service list. C.C.P. §§1013(c), 2015.5.

**[ x ]  BY FACSIMILE TRANSMISSION.**

I am readily familiar with this law firm's business practices for collection and processing of documents by way of facsimile. I telefaxed a true copy thereof at said facsimile number(s) as set forth on the attached service list. C.C.P. §§1013(e), 2015.5 and C.R.C. §2008.

**[ _ ]  BY PERSONAL SERVICE.**

I personally served a true copy thereof on the parties as set forth on the attached service list at . C.C.P. §§1101, 2015.5.

Executed on June 28th, 2007 at Walnut Creek, California.

/s/ Donna M. Anderson
Donna M. Anderson

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

3

**G.J.# 2007A-11-05 & # 2007A-11-06: STIPULATION REGARDING MODIFIED BRIEFING SCHEDULE FOR MOTION TO QUASH OR MODIFY GRAND JURY SUBPOENAS**

360-8068/JEF/329620.doc

**KERWIN, DAVID, M.D. – G.J. SUBPOENA # 2007-A-11-06**

**SERVICE LIST**

Anne E. Pings, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
501 I Street, 10-100
Sacramento, CA 95814
Fax: (916) 554-2900

Kresta N. Daly, Esq.                                Counsel for David S. Kerwin, Jr., M.D.
Rothschild Wishek & Sands LLP
901 "F" Street, Suite 200
Sacramento, CA 95814
Fax: (916) 444-2768

Clyde Blackman, Esq.                                Counsel for John Erro
Blackman & Associates
813 6th Street, Suite 450
Sacramento, CA 95814
Fax: (916) 441-0970

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

4

**G.J.# 2007A-11-05 & # 2007A-11-06: STIPULATION REGARDING MODIFIED BRIEFING
SCHEDULE FOR MOTION TO QUASH OR MODIFY GRAND JURY SUBPOENAS**

360-8068/JEF/329620.doc